

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2020

No. 04-20-00069-CV

**IN RE** Devry Marie **SAENZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice
Beth Watkins, Justice

On February 19, relator filed an opposed "Emergency Motion for Stay and Motion to Supplement the Record on Mandamus."  The motion to supplement the record is granted.  The motion for stay is denied.

It is so **ORDERED** on February 24, 2020.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 17-538, styled *In the Marriage of Devry Marie Saenz and Matthew Joseph Springer*, *and In the Interest of L.V.S., P.M.S., and P.M.S., Children* pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Solomon Casseb, III presiding.